**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 00-40692
_____


LORRIE JONES PITRE,

Plaintiff-Appellant,

VERSUS

SIMEON H. WALL, Etc; Et Al.,

Defendants,

SIMEON H. WALL, M.D.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Eastern District of Texas
(6:94-CV-586)
_____

August 13, 2001

Before DAVIS and JONES, Circuit Judges and PRADO, District Judge[*].

PER CURIAM:[**]

AFFIRMED. See 5th Cir. Rule 47.6.

_____

[*]District Judge of the Western District of Texas, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.